# EXHIBIT A

**Electronically**
**FILED**
by Superior Court of California, County of San Mateo
ON      12/31/2025
By____/s/ Anthony Berini____
        Deputy Clerk

CHRISTOPHER A. VIADRO, SBN 160260
ETHAN P. NIEDERMEYER, SBN 300244
VIADRO LAW, LLP
111 Broadway, Second Floor
Oakland, CA 94607
Telephone : (510) 287-2400
Facsimile : (510) 287-2401
Email : inbox@viadrolaw.com

ATTORNEYS FOR PLAINTIFF
SARENA WILLIAMS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| SARENA WILLIAMS | CASE NO.: 25-CIV-10201 |
| Plaintiff, | **COMPLAINT FOR PERSONAL INJURIES** |
| v. | |
| AMAZON.COM, LLC, XIAYAN-US doing business as POTRAS, and DOES 1-100, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff SARENA WILLIAMS alleges against all defendants as follows:

**INTRODUCTORY ALLEGATIONS**

1) The relevant events giving rise to Plaintiff's claims and the conduct of defendants occurred in San Mateo County. Venue is therefore proper under California Code of Civil Procedure section 395.

2) All facts and circumstances complained of herein occurred within the State of California or under circumstances such that this Superior Court has jurisdiction.

3) At all times relevant, Plaintiff SARENA WILLIAMS was and is a resident of the County of San Mateo, State of California.

4) At all times relevant, Defendant XIAYAN-US, doing business as POTRAS (hereafter

-1-

COMPLAINT FOR PERSONAL INJUIRES - DEMAND FOR JURY TRIAL

"XIAYAN-US") was a corporation doing business in the State of California.

5) At all times relevant, Defendant AMAZON.COM, LLC, (hereafter "AMAZON.COM") was a corporation doing business in the State of California.

6) The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 through 100, inclusive are unknown to Plaintiff, who therefore sues said defendants by such fictitious names under Code of Civil Procedure section 474. Plaintiff is informed and believes and thereon alleges that each of the defendants herein designated as a DOE is legally responsible for the events and happenings alleged herein and legally caused the injuries and damages alleged below.

7) At all times relevant, each defendant was at all times acting as the actual and/or ostensible agent of the remaining defendants, and was doing so at the behest of and with the approval of those defendants.

8) As used herein, "Product" or "Products" shall refer to an item described as an aluminum "shower caddy" or "bathroom shower organizer" which purchased by Plaintiff from AMAZON.COM on or about March 7, 2022 (Order # 111-0103144-4429819)

9) On or about January 10, 2024, Plaintiff was showering, using her shower in a usual custom and fashion. While in the shower, Plaintiff's right hand made contact with the Product which cut/sliced Plaintiff's hand down to bone.

10) At all times relevant, Defendants XIAYAN-US, AMAZON.COM and DOES 1 through 100, inclusive, designed, built, manufactured, tested, inspected, sold, advertised, marketed, distributed and/or otherwise put the Product into the stream of commerce.

11) The Product was defectively designed, manufactured, tested, maintained, delivered, inspected and/or sold and was in a dangerous condition, unsafe for the uses and purposes for which they were intended.

12) Plaintiff believes, and thereon alleges, that Defendants XIAYAN-US, AMAZON.COM and DOES 1 through 100, inclusive, conduct business in all 50 states and the State of California.

//

13)    At all times herein relevant, Defendants marketed their products throughout the United States with an understanding that its products would be used throughout the United States and the State of California.

## **FIRST CAUSE OF ACTION**

### **Product Liability - Negligence**

### **(As to All Defendants)**

14)    Plaintiff incorporates each and every allegation above as though fully set forth herein.

15)    Defendants XIAYAN-US and AMAZON.COM and DOES 1 through 100, inclusive, were engaged in the manufacture, design, testing, producing, inspecting, vending, distributing, advertising, marketing, selling, installing, assembling and/or put the Product into the stream of commerce.

16)    Defendants XIAYAN-US, AMAZON.COM and DOES 1 through 100, inclusive, owed duties of care to actual and potential customers and consumers with respect to the Product. Such duties included but were not limited to: designing, manufacturing, distributing, selling, and providing the Product in a fashion that was safe to consumers; labeling the Product so as to reasonable warn consumers of the potential for dangers, including but not limited to the danger of sharp edges, and reasonably applying knowledge and information from past incidents, complaints, studies, observations, reports, experience, or investigation to provide for the safety of consumers with respects to the Products.

17)    Defendants XIAYAN-US, AMAZON.COM, LLC, and DOES 1 through 100, inclusive, knew or should have known that if the Product was not properly and carefully manufactured, designed, tested, maintained, inspected, installed, assembled, delivered, molded, deburred, warned, labeled, and/or signed prior to sale or distribution to consumers, it would, if used by any member of the general public, be a substantial factor in causing serious and permanent injury.

18)    Defendants XIAYAN-US, AMAZON.COM, LLC, and DOES 1 through 100, inclusive, negligently and carelessly manufactured, designed, tested, maintained, inspected, installed, assembled, delivered, molded, deburred, labeled, warned, signed and sold the Product so that it was in a dangerous and defective condition and unsafe for the use and purposes for which it were

intended.

19)    The condition of the Product was known to defendants, and each of them, or should have been discovered by them through the exercise of ordinary care and reasonable diligence, but was not disclosed or made know to purchasers or users of the Product, including if applicable, Plaintiff.

20)    At all times herein, purchasers or users of the Product had no knowledge of the defective condition of the Product or of any danger in the use of the Product, as it was intended to be used.

21)    In doing the acts alleged in this complaint, Defendants XIAYAN-US, AMAZON.COM, LLC, and DOES 1 through 100, inclusive, violated statutes, rules, standards, regulations, and/or guidelines applicable to Defendants' conduct, including the laws and regulations relating to the manufacture, distribution, and sale of the Product and similar items.

22)    The injuries sustained and damages to Plaintiff described herein, were a direct and legal result of the violations of the statutes, rules, regulations, standards, and guidelines by Defendants.

23)    The statutes, regulations, standards, and guidelines violated by Defendants were drafted, written, and designed to prevent the type of incidents and injuries that occurred in this case, and Plaintiff is among the class of persons the statutes, regulations, standards, and guidelines were designed to protect.

24)    The negligence and carelessness of the Defendants was a substantial factor in causing the injuries and damages alleged above.

25)    As a direct and legal result of the negligence and carelessness of the Defendants, and each of them, Plaintiff suffered emotional distress, bodily injuries and other general damages in a sum which will be shown according to proof.

26)    As a direct and legal result of the negligence and carelessness of the Defendants, and each of them, Plaintiff was compelled to and did incur expenses for medical care, hospitalization, nursing, and attendant care and other incidental expenses and will have to incur additional like expenses in the future, all in amounts presently unknown to Plaintiff. Plaintiff therefore asks leave of

court to either amend this complaint to state the amount of medical expenses, when ascertained, or to prove the amount at the time of trial.

27)     As a direct and legal result of the negligence and careless of the Defendants, and each of them, Plaintiff was disabled and may be disabled in the future and thereby be prevented from attending to the duties of Plaintiff's usual occupation. Plaintiff has therefore lost earnings and may continue to lose earnings in the future, all in amounts presently unknown. Plaintiff asks leave of court to either amend this complaint to show the amount of lost earnings, when ascertained, or to prove the amount at the time of trial.

28) As a further legal, direct, and proximate result of defendants' negligence, defective product and/or otherwise tortious conduct, Plaintiff SARENA WILLIAMS has sustained and will in the future sustain loss of household services damages. The full amount of expenses is not known to the Plaintiff. Plaintiff SARENEA WILLIAMS prays for leave to amend this complaint to state the amount when it becomes known to her.

## SECOND CAUSE OF ACTION

### Strict Product Liability – Design and Manufacturing Defect

### (As to All Defendants)

29)     Plaintiff hereby incorporates by reference each and every allegation articulated above as though fully set forth herein.

30)     At the time that the Product left the control of Defendants XIAYAN-US, AMAZON.COM, LLC, and DOES 1 through 100, inclusive, the Product was dangerous and defective as a result of design, manufacture, alteration, or modification by Defendants. The defects included but are not limited to a sharp sheared-edge hazard due to inadequate deburr edges or otherwise dull edges, appropriate and required for consumer use.

31)     At all times relevant, Defendants, and each of them knew and intended that the Product would be purchased, used and handled by members of the general public who would rely on Defendants to safely design, manufacture, market and distribute the Product and provide relevant warnings about same.

32)     At the time of the incident giving rise to this Complaint, the Product was being used

COMPLAINT FOR PERSONAL INJUIRES - DEMAND FOR JURY TRIAL

in a manner and fashion that was foreseeable by Defendants, and each of them, and in a manner in which the Product was intended to be used.

33)    Defendants manufactured and designed the Product defectively or knew its manufacture or design was defective, or both, causing the Product to fail to perform as safely as an ordinary consumer would expect when used in an intended or reasonably foreseeable manner.

34)    In addition, the risks inherent in the design of the Product outweigh any benefits of that design.

35)    As a legal result of the aforementioned dangerous and defective condition of the Product, and failures by the Defendants, and each of them, Plaintiff suffered damages as set forth in paragraphs 25-28 above.

36)    At all times relevant, Defendants, and each of them, intentionally engaged in conduct which exposed the user of the products to a serious potential danger for bodily injury that was known to the Defendants, and each of them, which was a decision based on their choice to advance their own pecuniary interest. As such, this conduct was an act in conscious disregard for the safety of persons such as the Plaintiff, and presents the proper circumstance for the imposition of punitive and exemplary damages, in such amount according to proof at trial.

### THIRD CAUSE OF ACTION

**Strict Product Liability – Failure to Warn of Defective Condition**

**(As to All Defendants)**

37)    Plaintiff hereby incorporates by reference each and every allegation articulated above as though fully set forth herein. The Product was in a dangerous condition and defective condition when introduced into the stream of commerce by the Defendants XIAYAN-US, AMAZON.COM and DOES 1 through 100, inclusive, The Product was so defective that when used in a way that was reasonably foreseeable, the potential risks of the Product created a substantial danger to users of the Product and others, and could and would cause those users serious bodily injury.

38)    The Product had potential risks that were known or knowable by the use of scientific knowledge available at the time of manufacture, distribution, and sale of the Product. Defendants knew, or in the exercise of reasonable care, should have known that the potential or inherent risks

-6-

presented a substantial danger to users of the Product because Defendants possessed special knowledge of the manufacture process, materials, design, character, and assemblage of the Product. Plaintiff and ordinary consumers would not recognize, nor have knowledge that the Product was dangerous and defective.

39)    Although possessed of special knowledge of the potential risks and substantial danger to users of the Product and others, Defendants, and each of them, failed to adequately warn or instruct of the potential risks and dangerous and defective conditions of the Product.

40)    As a legal result of the aforementioned dangerous and defective condition of the Product, and failures by the Defendants, and each of them, Plaintiff suffered damages as set forth in paragraphs 25-28 above.

**FOURTH CAUSE OF ACTION**

**Breach of Implied Warranty**

**(As to All Defendants)**

41)    Plaintiff hereby incorporates by reference each and every allegation articulated above as though fully set forth herein.

42) At relevant times herein, Defendants XIAYAN-US, AMAZON.COM and DOES 1 through 100, inclusive, and each of them, marketed, manufactured, promoted, distributed, and/or sold the Product for use by the public at large, including the Plaintiff.  Defendants knew the use for which their Product was intended and represented or impliedly warranted the Product to be of merchantable quality, safe and fit for its intended uses.

43)    Defendants had a duty to exercise reasonable care in the research, development, design, testing, manufacture, inspection, labeling, distribution, marketing, promotion, sale and release of the Product.

44)    Plaintiff purchased and/or made a decision to use the Product, and reasonably relied upon the Defendant and its agents to disclose of known defects, risks, dangers and side effects of the Product.

45)    Plaintiff had no knowledge of the falsity or incompleteness of the Defendants' statements and representations concerning the Product when Plaintiff purchased the Product as

-7-

COMPLAINT FOR PERSONAL INJUIRES - DEMAND FOR JURY TRIAL

researched, developed, designed, tested, manufactured, inspected, labeled, distributed, marketed, promoted, sold and otherwise released into the stream of commerce by Defendants.

46) Defendants, and each of them, had sole access to material facts concerning the defects, and Defendant knew that users, such as Plaintiff, could not have reasonable discovered such defects.

47) By the conduct alleged, Defendants impliedly warranted to Plaintiff that the Product was merchantable and fit for the purpose intended.

48) Defendants breached this warranty in designing, manufacturing, selling and distributing the Product in a dangerous and defective condition and in failing to warn Plaintiff and purchasers of the Product of these defects.

49) As a legal result of the aforementioned dangerous and defective condition of the Product, and failures by the Defendants, and each of them, Plaintiff suffered damages as set forth in paragraphs 25-28 above.

### FIFTH CAUSE OF ACTION

**Breach of Express Warranty**

**(As to All Defendants)**

50) Plaintiff hereby incorporates by reference each and every allegation articulated above as though fully set forth herein.

51) Defendants XIAYAN-US, AMAZON.COM and DOES 1 through 100, inclusive, expressly and by way of advertising, warranted and represented to the general public and to Plaintiff, and each of them, that the Product was reasonably fit for the purposes for which they were intended.

52) Plaintiff reasonably relied on those warranties and representations.

53) The Product did not conform to the representations made by Defendants, and each of them, and was not fit for the purpose for which it was intended. When used in a normal and usually manner, the Product caused serious to personal injuries to Plaintiff as set forth more fully above.

//

//

-8-

COMPLAINT FOR PERSONAL INJUIRES - DEMAND FOR JURY TRIAL

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1) For general damages according to proof;

2) For special damages, including but not limited to loss of earnings, medical expenses, and all incidental expenses according to proof;

3) For loss of household services

4) For costs of suit herein;

5) For exemplary damages according to proof;

6) For such further relief as the Court may deem proper; and

7) For interest according to law.

DATED:  December 31, 2025.

By: _____

Christoper A. Viadro
Ethan P. Niedermeyer
Viadro Law, LLP
Attorneys for Plaintiff
SARENA WILLIAMS

## DEMAND FOR JURY TRIAL

Plaintiff Sarena Williams herein demands a jury trial in this matter.

DATED: December 31, 2025

_____

Christopher A. Viadro
Ethan P. Niedermeyer
Viadro Law, LLP
Attorneys for Plaintiff
SARENA WILLIAMS

-9-
COMPLAINT FOR PERSONAL INJUIRES - DEMAND FOR JURY TRIAL